

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN -5 A 11: 39

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CARLOS COOPER #108399      CIVIL ACTION

VERSUS     NO. 04-3310

BURL CAIN, WARDEN     SECTION: "I" (3)

## ORDER

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Carlos Cooper, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that the petition Carlos Cooper for federal *habeas corpus* relief be **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this _____ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____